IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRI MARTIN,

      Plaintiff,                               No 2:11-cv-0891 AC

    vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.                            ORDER

        Plaintiff requested judicial review of the final decision of the Commissioner of Social Security. On August 24, 2012, the court granted plaintiff's motion for summary judgment. ECF No. 20. On the same date, judgment was entered in plaintiff's favor. ECF No. 21. The parties subsequently filed a stipulation for the award of attorney fees under the Equal Access of Justice Act. ECF No. 22. Although the stipulation was filed with the court on February 12, 2013, it was signed by counsel on September 27, 2012. Given the delay in filing the stipulation, the government will be provided fourteen days from the date of this order to file objections, if any, to the court approving the stipulation.

DATED: February 20, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1